MCC:DCP

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) CRIMINAL NO. 1:09-CR-0072 |
| --- | --- |
| v | ) |
| | ) (J. Conner) |
| DONALD A. SCOTT aka "DC" | ) UNDER SEAL |
| CHANCE D. BONNER | ) |
| DESHAWN LIVINGSTON aka "SHIZZ" | ) |
| LORI ANN MILLER | ) |
| MIQUAL HODGE aka "MIKE" | ) |

FILED
HARRISBURG

FEB 25 2009

MARY E. D'ANDREA, CLERK
Per_____
    Deputy Clerk

INDICTMENT

THE GRAND JURY CHARGES THAT:

Count I

From on or about January 2008 to on or about May 14, 2008, in Dauphin, Cumberland, and Franklin Counties, Pennsylvania, in the Middle District of Pennsylvania and elsewhere, the defendants,

**DONALD A. SCOTT aka "DC"**
**CHANCE D. BONNER**
**DESHAWN LIVINGSTON aka "SHIZZ"**
**LORI ANN MILLER**
**MIQUAL HODGE aka "MIKE"**

with others known and unknown to the Grand Jury, did conspire and agree to commit an offense against the United States and one or more of them did an act to effect the object of the conspiracy, namely interference with interstate and foreign commerce by threats and violence, carjacking, possession of firearms by a convicted felon, transfer of firearms knowing that such firearms will be used in a crime of violence, and possessing, using, and carrying firearms during and in relation to a crime of violence.

MANNER AND MEANS

1. It was a part of the purpose of the conspiracy that its members would identify and attempt to identify individuals and their locations who were believed to possess with intent to distribute and to distribute illegal drugs.

2. It was a further part of the purpose of the conspiracy that its members would use force, violence, threats, and assault with a dangerous weapon to rob these individuals and anyone found in the same location of illegal drugs, currency, and other items of value.

3. It was a further part of the purpose of the conspiracy that its members would obtain and attempt to obtain firearms to possess, carry, and use in robbing these individuals of illegal drugs, currency, and other items of value.

4. It was a further part of the purpose of the conspiracy that its members would obtain and attempt to obtain cell phones for use in communicating with each other in order to organize and carry out these robberies.

5. It was a further part of the purpose of the conspiracy that its members would utilize vehicles of others, including those of the victims, in order to travel to and from the locations of these robberies.

6. It was a further part of the purpose of the conspiracy that its members would utilize vehicles, hotels, and residences of others to divide, distribute, sell, conceal, and store the items stolen in these robberies.

7. It was a further part of the purpose of the conspiracy that its members would provide false information to, and use threats,

intimidation, and corrupt persuasion to prevent information about their activities from being provided to, law enforcement.

## OVERT ACTS

In furtherance of the conspiracy, and to effect the objects of the conspiracy, the defendants:

**DONALD A. SCOTT aka "DC"**
**CHANCE D. BONNER**
**DESHAWN LIVINGSTON aka "SHIZZ"**
**LORI ANN MILLER**
**MIQUAL HODGE aka "MIKE"**

along with others both known and unknown to the Grand Jury, did commit and cause to be committed various overt acts, including but not limited to those acts set forth in counts 2 through 15 and which are hereby incorporated by reference. Each paragraph and count is designated as a separate overt act committed in furtherance of the conspiracy and to effect the objects thereof.

All in violation of Title 18, United States Code, Section 371.

**THE GRAND JURY FURTHER CHARGES THAT:**

### Count II

On or about January 2, 2008 in Harrisburg, Dauphin County, Pennsylvania, in the Middle District of Pennsylvania and elsewhere, the defendants,

**DONALD A. SCOTT aka "DC"**
**DESHAWN LIVINGSTON aka "SHIZZ"**

did obstruct, delay, and affect interstate and foreign commerce and the movement of any article or commodity in commerce, by robbery and attempted and conspired so to do, and did commit and threaten physical violence to any person or property in furtherance of a plan or purpose to do so, and did aid and abet.

All in violation of Title 18, United States Code, Sections 1951 and 2.

**THE GRAND JURY FURTHER CHARGES THAT:**

### Count III

On or about January 2, 2008, in Harrisburg, Dauphin County, Pennsylvania, in the Middle District of Pennsylvania, and elsewhere, the defendants,

**DONALD A. SCOTT aka "DC"**
**DESHAWN LIVINGSTON aka "SHIZZ"**

during, in relation to, and in furtherance of a crime of violence for which he could be prosecuted in a court of the United States, namely interference with commerce by threats or violence, possessed, used, and carried a firearm, and did aid and abet.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

**THE GRAND JURY FURTHER CHARGES THAT:**

### Count IV

On or about February 1, 2008 in Harrisburg, Dauphin County, Pennsylvania, in the Middle District of Pennsylvania and elsewhere, the defendants,

**DONALD A. SCOTT aka "DC"**
**DESHAWN LIVINGSTON aka "SHIZZ"**

did by robbery obstruct, delay, and affect interstate and foreign commerce and the movement of any article or commodity in commerce, and attempted and conspired so to do, and did commit and threaten physical violence to any person or property in furtherance of a plan or purpose to do so, and did aid and abet.

All in violation of Title 18, United States Code, Sections 1951 and 2.

**THE GRAND JURY FURTHER CHARGES THAT:**

### Count V

On or about February 1, 2008, in Harrisburg, Dauphin County, Pennsylvania, in the Middle District of Pennsylvania, and elsewhere, the defendants,

**DONALD A. SCOTT aka "DC"**
**DESHAWN LIVINGSTON aka "SHIZZ"**

during, in relation to, and in furtherance of a crime of violence and drug trafficking crime for which he could be prosecuted in a court of the United States, namely interference with commerce by threats or violence, possessed, used, and carried a firearm, and did aid and abet.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

**THE GRAND JURY FURTHER CHARGES THAT:**

### Count VI

On or about March 22, 2008 in Carlisle, Cumberland County, Pennsylvania, in the Middle District of Pennsylvania and elsewhere, the defendants,

**DONALD A. SCOTT aka "DC"**
**CHANCE BONNER**
**MIQUAL HODGE aka "MIKE"**

did obstruct, delay, and affect interstate and foreign commerce and the movement of any article or commodity in commerce, by robbery and attempted and conspired so to do, and did commit and threaten

5

physical violence to any person or property in furtherance of a plan or purpose to do so, and did aid and abet.

All in violation of Title 18, United States Code, Sections 1951 and 2.

**THE GRAND JURY FURTHER CHARGES THAT:**

### Count VII

On or about March 22, 2008, in Carlisle, Cumberland County, Pennsylvania, in the Middle District of Pennsylvania, and elsewhere, the defendants,

> **DONALD A. SCOTT aka "DC"**
> **CHANCE D. BONNER**

during, in relation to, and in furtherance of a crime of violence for which he could be prosecuted in a court of the United States, namely interference with commerce by threats or violence, possessed, used, and carried a firearm, and did aid and abet.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

**THE GRAND JURY FURTHER CHARGES THAT:**

### Count VIII

On or about March 22, 2008 in Newville, Cumberland County, Pennsylvania, in the Middle District of Pennsylvania and elsewhere, the defendants,

> **DONALD A. SCOTT aka "DC"**
> **CHANCE D. BONNER**
> **MIQUAL HODGE aka "MIKE"**

did obstruct, delay, and affect interstate and foreign commerce and the movement of any article or commodity in commerce, by robbery and attempted and conspired so to do, and did commit and threaten

physical violence to any person or property in furtherance of a plan or purpose to do so, and did aid and abet.

All in violation of Title 18, United States Code, Sections 1951 and 2.

**THE GRAND JURY FURTHER CHARGES THAT:**

## Count IX

On or about March 22, 2008, in Newville, Cumberland County, Pennsylvania, and elsewhere, in the Middle District of Pennsylvania, the defendants,

> **DONALD A. SCOTT aka "DC"**
> **CHANCE D. BONNER**
> **MIQUAL HODGE aka "MIKE"**

with the intent to cause death or serious bodily harm took and attempted to take from the person or presence of another by force, violence, and intimidation a motor vehicle that has been transported in interstate commerce, namely a Chevrolet Cavalier, Pennsylvania registration GVA9513, and did aid and abet.

All in violation of Title 18, United States Code, Section 2119 and 2.

**THE GRAND JURY FURTHER CHARGES THAT:**

## Count X

On or about March 22, 2008, in Newville, Cumberland County, Pennsylvania, in the Middle District of Pennsylvania, and elsewhere, the defendants,

> **DONALD A. SCOTT aka "DC"**
> **CHANCE D. BONNER**

during, in relation to, and in furtherance of a crime of violence for which he could be prosecuted in a court of the United States,

namely interference with commerce by threats or violence and carjacking, possessed, used, and carried a firearm, and did aid and abet.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

**THE GRAND JURY FURTHER CHARGES THAT:**

### Count XI

On or about March 22, 2008 in Carlisle, Cumberland County, Pennsylvania, in the Middle District of Pennsylvania and elsewhere, the defendant,

**MIQUAL HODGE aka "MIKE"**

knowingly transferred a firearm, namely a Jennings 9mm pistol S/N 1369190, knowing that such firearm will be used to commit a crime of violence, and did aid and abet.

All in violation of Title 18, United States Code, Section 924(h) and 2.

**THE GRAND JURY FURTHER CHARGES THAT:**

### Count XII

On or about April 8-9, 2008 in Chambersburg, Franklin County, Pennsylvania, in the Middle District of Pennsylvania and elsewhere, the defendants,

**DONALD A. SCOTT aka "DC"**
**CHANCE D. BONNER**
**LORI ANN MILLER**

did obstruct, delay, and affect interstate and foreign commerce and the movement of any article or commodity in commerce, by robbery and attempted and conspired so to do, and did commit and threaten

physical violence to any person or property in furtherance of a plan or purpose to do so, and did aid and abet.

All in violation of Title 18, United States Code, Sections 1951 and 2.

**THE GRAND JURY FURTHER CHARGES THAT:**

### Count XIII

On or about April 8-9, 2008, in Chambersburg, Franklin County, Pennsylvania, and elsewhere, in the Middle District of Pennsylvania, the defendants,

> **DONALD A. SCOTT aka "DC"**
> **CHANCE D. BONNER**
> **LORI ANN MILLER**

with the intent to cause death or serious bodily harm took and attempted to take from the person or presence of another by force, violence, and intimidation a motor vehicle that has been transported in interstate commerce, namely a BMW 325i, Pennsylvania registration GVM2114 and a Dodge Durango, Pennsylvania registration GPZ6045, and did aid and abet.

All in violation of Title 18, United States Code, Section 2119 and 2.

**THE GRAND JURY FURTHER CHARGES THAT:**

### Count XIV

On or about April 8-9, 2008, in Chambersburg, Franklin County, Pennsylvania, in the Middle District of Pennsylvania, and elsewhere, the defendants,

> **DONALD A. SCOTT aka "DC"**
> **CHANCE D. BONNER**

during, in relation to, and in furtherance of a crime of violence for which he could be prosecuted in a court of the United States, namely interference with commerce by threats or violence and carjacking, possessed, used, and carried a firearm, and did aid and abet.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

**THE GRAND JURY FURTHER CHARGES THAT:**

### Count XV

From on or about January 2, 2008 to on or about April 9, 2008, in Cumberland, Dauphin, and Franklin Counties, Pennsylvania, in the Middle District of Pennsylvania and elsewhere, the defendants,

**DONALD A. SCOTT aka "DC"
CHANCE D. BONNER
DESHAWN LIVINGSTON aka "SHIZZ"**

having been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, did possess in or affecting commerce firearms, including a Jennings 9mm pistol S/N 1369190, a Smith and Wesson Model 686 .357 revolver S/N AZJ8544, and a Bersa Model Thunder .380 pistol S/N 623277 and ammunition, and did aid and abet.

All in violation of Title 18, United States Code, Section 922(g)(1) and 2.

_____ [Foreperson signature redacted]
Foreperson, Grand Jury

_____2/25/09_____
Date

/s/ Martin C. Carlson per AUSA KDD
MARTIN C. CARLSON
United States Attorney