IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:09-CR-72** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **DONALD A. SCOTT,** | : | |
| | : | |
| **Petitioner** | : | |

## ORDER

AND NOW, this 27th day of April, 2015, upon consideration of the *pro se* motion (Doc. 548) to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 by petitioner Donald A. Scott ("Scott"), and further upon consideration of Scott's motion (Doc. 567) to amend his initial petition, and for the reasons discussed in the accompanying memorandum, it is hereby ORDERED that:

1. Scott's motion (Doc. 548) to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 and motion (Doc. 567) to amend his initial petition are DENIED.

2. The court finds no basis to issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2); RULE 11(A), RULES GOVERNING SECTION 2255 CASES.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania